

5071 SOUTH STATE ROAD 7,
SUITE 707
DAVIE, FLORIDA 333314
PHONE: 305-933-4474
FAX 954-321-6505
ACCOUNTING 786-273-6152

This Independent Contractor's Agreement (Agreement) is entered into this 10 day of December, 2008 by and between Emergency Ice LLC Corporation (Corporation), and Nad Navaro, an independent contractor (Contractor), in consideration of the mutual promises made herein, as follows:

Term of Agreement.

This Agreement will become effective on the 10th day of december, 2008, and will continue in effect until:

Services to be Performed by Contractor.

Specific Services. Contractor agrees to:

Method of Performing Services. Contractor will determine the method, details, and means of performing the above-described services.

Compensation.

Hourly Compensation. In consideration for the services to be performed by Contractor, Corporation agrees to pay to Contractor the sum of Eleven dollars ($11.00) per hour. Payable to Contractor the following Friday of the worked week.

Duties of Contractor.

Minimum Amount of Service. Contractor agrees to devote a minimum of Two hundred twenty hours per month to the performance of the above-described services. Contractor may represent, perform services for, and be employed by such additional clients, persons, or companies as Contractor, in Contractor's sole discretion, sees fit.

Hours during Which Services May be Performed. Contractor agrees to perform the above-described services on Corporation's premises during Corporation's regular business hours.

Tools and Instrumentalities. Corporation will supply all tools and instrumentalities required to perform the services under this Agreement.

Workers' Compensation. Contractor agrees to provide workers' compensation insurance for Contractor's employees and agents and agrees to hold harmless and indemnify

Corporation for any and all claims arising out of any injury, disability, or death of any of Contractor's employees or agents.

Liability Insurance. Contractor agrees to maintain a policy of insurance in the minimum amount of _____ ($   ) to cover any negligent acts committed by Contractor or Contractor's employees or agents during the performance of any duties under this Agreement. Contractor further agrees to hold Corporation free and harmless from any and all claims arising from any such negligent act or omission.

Obligations of Corporation.

Cooperation of Corporation. Corporation agrees to comply with all reasonable requests of Contractor necessary to the performance of Contractor's duties under this Agreement.

Place of Work. Corporation agrees to furnish space on Corporation's premises for use by Contractor while performing the above-described services.

Termination Of Agreement.

Termination Upon Notice. Notwithstanding any other provisions of this Agreement, either party hereto may terminate this Agreement at any time by giving Fifteen (15) days written notice to the other party.

General Provisions

Notices. Any notices to be given hereunder by either party to the other may be effected either by personal delivery or by mail, registered or certified, postage prepaid with return receipt requested. Mailed notices shall be addressed to the parties at the addresses appearing in the introductory paragraph of this Agreement, but each party may change that address by written notice in accordance with this paragraph. Notices delivered personally shall be deemed communicated as of the date of actual receipt; mailed notices shall be deemed communicated as of three (3) days after the date of mailing.

Entire Agreement. This Agreement supersedes any and all agreements, either oral or in writing, between the parties hereto with respect to the rendering of services by Contractor for Corporation, and contains all of the covenants and agreements between the parties with respect to the rendering of such services in any manner whatsoever. Each party to this Agreement acknowledges that no representations, inducements, promises, or agreements, orally or otherwise, have been made by any party, or anyone acting on behalf of any party, which are not embodied herein, and that no other agreement, statement, or promise not contained in this Agreement shall be valid or binding. Any modification of this Agreement will be effective only if it is in writing signed by the party to be charged.

Severability. If any provision of this Agreement is held by a court of competent jurisdiction to be invalid, void, or unenforceable, the remaining provisions shall nevertheless continue in full force without being impaired or invalidated in any way.

Arbitration. Any controversy between the parties hereto involving the construction or application of any of the terms, covenants, or conditions of this Agreement will, on the written request of one party served on the other, be submitted to arbitration. The arbitration will comply with and be governed by the American Arbitration Association. The parties will each appoint one person to hear and determine the dispute and if they are unable to agree, then the two persons so chosen will select a third impartial arbitrator whose decision will be final and conclusive on both parties. The cost of arbitration will be borne in such proportions as the arbitrators decide. Judgment upon the award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof.

Liquidated Damages. It is agreed that in the event of a breach of this Agreement by Contractor, it would be impracticable or extremely difficult to fix the actual damages and, therefore, Contractor will pay to Corporation as liquidated damages and not as a penalty, the sum of _____ dollars ($ _____ ), which represents a reasonable compensation for the loss incurred because of the breach.

Governing Law. This Agreement shall be governed by and construed in accordance with the laws of the State of Florida.

**EMERGENCY ICE LLC**

Corporation, by _____Jose Lyano_____ Date 12/10/08

_____

Contractor     Date

CRISTINA CORNEJO
Comm# DD0773013
Expires 4/20/2012
Florida Notary Assn., Inc

# AFFIDAVIT OF EXEMPT STATUS UNDER THE WORKERS COMPENSATION ACT

State of Florida

County of Broward , state under oath as follows:

1. I, Ariel Ruano (Name of individual) operating as _____ (independent contractor's business name), have agreed to provide services to _____ (Contractor) during calendar year _____

2. I have read, signed and attached the Exempt Status Fact Sheet and understand that an Independent Contractor is one who engages to perform certain services for another, according to his own manner, method, free from control and direction of his contractor in all matters connected with the performance of the service, except as to the result or product of the work.

3. I understand that based upon the representations in this Affidavit of Exempt Status, I am requesting _____ (Insert contractor's name) to consider my business to be that of an independent contractor; **that I am not an employee under the Workers' Compensation Act** and the policy issued by _____ (Insurance Carrier); and that no premium be charged for the services performed by my business during the policy year.

4. I am an independent contractor, **not an employee of the contractor. I do not want workers' compensation insurance and understand that I am not eligible for Workers' Compensation benefits.**

5. I will obtain workers' compensation and employers' liability insurance for my employees if I have employees, unless they are otherwise exempt from the requirements of the Workers' Compensation Act.

6. I have read, signed and attached the Exempt Status Fact Sheet describing what is an Independent Contractor and the information provided is not the result of force, threats, coercion, compulsion or duress.

7. I understand that the execution of the affidavit shall establish a rebuttable presumption that the executor is not an employee for purposes of the Workers' Compensation Act.

8. I understand that the execution of an affidavit shall not affect the rights or coverage of any employee of the individual executing the affidavit.

9. I understand that knowingly providing false information on an Affidavit of Exempt Status Under the Workers' Compensation Act shall constitute a misdemeanor punishable by a fine not to exceed One Thousand Dollars ($1,000.00).

Date Dec 10/08  Name Ariel Ruano

_____  Title Driver
Independent Contractor (Executor) Signature

Business Name _____

Signature _____

Notary Public

Signed and sworn to before me on this 10th day of December, 2008 by Ariel Ruano

_____  My Commission Expires: 4/20/2012  My Commission # DD0773013
Notary Public

CRISTINA CORNEJO
Comm# DD0773013
Expires 4/20/2012
Florida Notary Assn., Inc

This form is to be signed and notarized at the start of a job/project for this contractor and is good for the job/project or any similar job/project performed for the contractor for one year from the date of notary.

Note: Employers who knowingly and willfully require an employee or subcontractor to execute an affidavit when the employer knows that the employee or subcontractor is required to be covered under a workers' compensation insurance policy shall be liable for a civil penalty of up to $1,000.00 per offense. (36 OS §§924.5)

It is a crime to falsify the information on this form.

Edition 070106

# EXEMPT STATUS FACT SHEET

An independent contractor is defined by law as one who engages to perform certain services.......other, according to his own manner, method, free from control and direction of his contractor in all matters connected with the performance of the service, except as to the result or product of the work.

Below are statements to help you decide if you are an independent contractor. No one statement is controlling, and your status is based on all the facts in your situation. If a statement describes your situation, then check the box. If at least six of the statements below do not describe your business, you should not sign the attached Affidavit of Exempt Status Under the Workers' Compensation Act.

☐ 1. **The nature of the contract** between you and the contractor shows you are independent from the contractor. For example: Is there a written contract where you agree that you are an independent contractor? Are you a corporation or limited liability company? Do you maintain commercial general liability insurance or other business insurance?

☐ 2. **The contractor exercises very little control over your work.** For example: By the agreement, can the contractor exercise control on the details of the work or your independence? Do you exercise control over most of the details of the work? Do you create plans or specifications for the job? Do you set your own work hours?

☐ 3. **You are engaged in a distinct occupation or business for others.** For example: Do you work for companies or individuals other than the Contractor? Do you work for competitors of the Contractor? Does your business have a logo or uniform?

☐ 4. **Your job is the kind of occupation where the work is usually performed by a specialist without supervision, and not under the direction of the contractor.** For example: Is your work supervised by the Contractor?

☐ 5. **Your occupation requires special skills, license, education or training.**

☐ 6. **The contractor does not supply the things needed to perform your job such as the tools and the place of work.** For example: Do you supply any of the materials or tools for the work? Do you operate a vehicle owned by the contractor? Was the work performed at your business or the contractor's business location or jobsite? Do you wear a uniform supplied by the contractor?

☐ 7. **The length of the job and how long you have worked for the Contractor does not show that you are really an employee.** For example: Is this a one-time job, or will you be doing this for the contractor regularly?

☐ 8. **You are paid as a separate contractor, not as an employee.** For example: Do you invoice the Contractor for your services? Are you paid by the job? Do you file a federal income tax return for your business? Do you expect to receive an IRS Form 1099 from the Contractor? Does the Contractor pay your expenses?

☐ 9. **Your work is not the regular business of the employer.** For example: Is your work customarily done in the Contractor's line of business or as part of the Contractor's daily work? Have you ever been an employee of the Contractor? Do you work with other people hired by the Contractor on the work you perform?

☐ 10. **You do not consider yourself an employee of the contractor.** For example: Will the Contractor withhold taxes or monies from your payment? Have you ever been an employee of the Contractor? Have you or your employees ever filed an insurance claim against the Contractor?

☐ 11. **You do not have the right to terminate the relationship without liability.** For example: If you quit before the job is finished, is there a penalty?

Based upon these factors, do you believe that you are an independent contractor with exempt status? _____
(WRITE YES OR NO)

Signature _____
(INDEPENDENT CONTRACTOR/EXECUTOR)

Note: Employers who knowingly and willfully require an employee or subcontractor to execute an affidavit when the employer knows that the employee or subcontractor is required to be covered under a workers' compensation insurance policy shall be liable for a civil penalty of up to $1,000.00 per offense. (36 OS §§924.5)

It is a crime to falsify the information on this form.

Edition 070106



**EMERGENCY ICE 911**

5071 SOUTH STATE ROAD 7, SUITE 707, DAVIE, FLORIDA 33314
PHONE: 954-321-6505     FAX 954-499-0723     ACCOUNTING 954-321-6505
www.emergencyice911.com

## INDEPENDENT CONTRACTOR'S SEPARATION CHECKLIST

Independent's Contractor Name  **Ariel Rueno**

Termination Date  **3/5/09**

Please return all the item listed to your manager prior to your termination date.

(✓) All keys returned
(✓) Company vehicles returned
( ) Company credit card s returned  (no applicable)
( ) company phone  (no applicable)
( ) company equipment returned (maps, calculators, keepboards, etc)
( ) Company uniforms returned (t-shirt, golf caps) – will be returned monday March 9/09  ♦ Ariel

Received by  *Raphik Akyerake*
Date  **3/5/09**

*Raphik Akyerake*