UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO . 09-20611-CIV-/O'SULLIVAN
[CONSENT]

ARIEL RUANO MONTOYA,

    Plaintiff,
vs.

EMERGENCY ICE LLC, et al.,

    Defendants.
_____/

## NOTICE OF HEARING

THIS MATTER is before the Court pursuant to the parties' Joint Motion for Approval of Parties' Settlement Agreement and Dismissal with Prejudice (DE# 36, 10/27/09). This matter was referred to the undersigned by the Honorable Patricia A. Seitz in accordance with 28 U.S.C. § 636(b) (DE# 35, 8/31/09). Accordingly, it is

ORDERED AND ADJUDGED that a fairness hearing pursuant to <u>Lynn Food Stores v. United States</u>, 679 F.2d 1350 (11th Cir. 1982) is set before the undersigned on **Wednesday, November 25, 2009** at **10:30 A.M.,** at the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, 5th Floor, Miami, Florida 33128. **The parties shall be prepared to discuss the terms of the settlement agreement.** Request for continuance of this cause shall not be considered unless addressed to this Court in the form of a written motion.

    **DONE and ORDERED** in chambers at Miami, Florida this **2nd** day of November, 2009.

                                              _____
                                              JOHN J. O'SULLIVAN
                                              UNITED STATES MAGISTRATE JUDGE

Copies provided to:
All counsel of record